MEYEROWITZ, WOLF & Co., INC., Respondent, v. BANCA COMMERCIALE ITALIANA, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOANNES BROTHERS COMPANY, Respondent, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RICHARD CROKER, JR., Appellant, Respondent, v. THE NEW YORK TRUST COMPANY, as Temporary Administrator, etc., of RICHARD CROKER, Deceased, Respondent, Appellant.— Judgment modified by allowing plaintiff interest upon the advances made by him in accordance with the report of the referee, and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; McAvoy, J., not voting.

OTTO ESCHNER, an Infant, by JOHN ROBERT ESCHNER, His Guardian ad Litem, Appellant, v. ISIDOR BETZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LAWRENCE J. HARTNAGEL, Respondent, v. METROPOLITAN SEWER PIPE COMPANY, INC., Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,136.45; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

TUTTLE-BURGER COAL COMPANY, INC., Appellant, v. DRIGGS COAL CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

COMMERCIAL INVESTMENT TRUST, INC., Respondent, v. HOWARD LOCKE, Appellant.— Judgment and order granting motion for summary judgment reversed, with costs, and motion denied, with ten dollars costs. Order denying motion to change venue affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

---

## SECOND DEPARTMENT, OCTOBER, 1925.

In the Matter of the Application of ROGER J. BLANKFORD and Others, Respondents, for an Order Requiring JAMES FINCH and Others, Constituting the Board of Inspectors of Election for the Third Election District of the Town of Hyde Park, Appellants, to Register and Enroll Their Names upon the Register of Voters of Said Election District.— Order affirmed, without costs, on the opinion of Mr. Justice Taylor. [Reported in 126 Misc. 174.] Kelly, P. J., Rich, Manning and Kapper, JJ., concur; Jaycox, J., dissents.

HELEN BEDINI, Respondent, v. CHARLES A. KREMP, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. (See Civ. Prac. Act, § 282.) Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.